STOLPMAN, KRISSMAN, ELBER & SILVER, LLP
Thomas G. Stolpman (State Bar # 69640)
111 West Ocean Blvd., 19th FL
P.O. Box 22609
Long Beach, CA 90801-2609
Telephone: (562) 435-8300
Facsimile: (562) 435-8304

Attorneys for Plaintiffs:
CHERYL L. McELHANEY and
RENA L. SMITH


EMARD, DANOFF, PORT & TAMULSKI, LLP
Kevin Odell (State Bar # 154570)
49 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255

Attorneys for Defendant
STAR SHIPPING, AS,
M/S STAR ISMENE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL L. McELHANEY;<br>RENA L. SMITH<br><br>          Plaintiffs,<br>vs.<br><br>STAR SHIPPING, INC.; M/S STAR ISMENE<br><br>          Defendants. | Case No. CIV S-04-915 DFL KJM<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

- 1 -

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105
Tel.: (415) 227-9455

1

2      WHEREAS plaintiffs Cheryl L. McElhaney and Rena L. Smith ("Plaintiffs") and defendants

3  Star Shipping, AS and M/S STAR ISMENE ("Defendants") have reached a settlement of this

4  action, and plaintiffs have executed the settlement agreement memorializing the terms of settlement;

5      WHEREAS Defendants have disbursed settlement funds to Plaintiff and their counsel in

6  accordance with the agreement between the parties,

7      WHEREAS Plaintiffs, by and through their counsel, have acknowledged receipt of

8  settlement funds,

9      THE PARTIES HEREBY STIPULATE that the action be dismissed with prejudice in its

10  entirety.

11

12

13  DATED: May __, 2005          STOLPMAN, KRISSMAN, ELBER & SILVER, LLP

14

                                                        By:_____

15                                                             Thomas G. Stolpman
                                                           Attorneys for Plaintiffs

16                                                             CHERYL L. McELHANEY and
                                                           RENA L. SMITH

17

18  DATED: May __, 2005          EMARD, DANOFF, PORT & TAMULSKI, LLP

19

20                                                           By:_____
                                                           Kevin Odell

21                                                             Attorneys for Defendant
                                                           STAR SHIPPING, AS, and

22                                                             M/S STAR ISMENE

23

24

25

26

27

28

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105
Tel.: (415) 227-9455

- 2 -

CIV S-04-915 DFL KJM
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
G:\DOCS\LEV\3. SIGNED ORDERS TO BE PROCESSED\04CV915.O.DOC

**ORDER**

The action CHERYL L. McELHANEY; RENA SMITH v. STAR SHIPPING, INC.; M/S STAR ISMENE, Case No. CIV S-04-0915 DFL KJM, is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Date: 6/23/2005

_____

DAVID F. LEVI

United States District Judge

EMARD, DANOFF, PORT & TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105
Tel.: (415) 227-9455

- 3 -

CIV S-04-915 DFL KJM
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
G:\DOCS\LEV\3. SIGNED ORDERS TO BE PROCESSED\04CV915.O.DOC